# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
 §
BOX MAGIC MEDIA CORP. § Case No. 08-12628
 §
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    Jeffrey P. Allsteadt
    U.S. Bankruptcy Court Clerk
    219 South Dearborn Street- 7th Floor
    Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 11/05/2014 in Courtroom 742,
    United States Courthouse
    219 South Dearborn Street
    Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: Jeffrey P. Allsteadt_____
                    Clerk of The United States Bankruptcy
                          Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
BOX MAGIC MEDIA CORP. §  Case No. 08-12628
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 20,001.41 |
| and approved disbursements of | $ | 796.45 |
| leaving a balance on hand of[1] | $ | 19,204.96 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Phillip D. Levey | $ 2,750.14 | $ 0.00 | $ 2,750.14 |
| Trustee Expenses: Phillip D. Levey | $ 174.50 | $ 0.00 | $ 174.50 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 7,650.00 | $ 0.00 | $ 7,650.00 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ 1,176.00 | $ 0.00 | $ 1,176.00 |
| Charges: Clerk, U.S. Bankruptcy Court | $ 250.00 | $ 0.00 | $ 250.00 |
| Other: Steven R. Radtke | $ 2,500.00 | $ 0.00 | $ 2,500.00 |
| Other: Steven R. Radtke | $ 296.81 | $ 0.00 | $ 296.81 |
| Total to be paid for chapter 7 administrative expenses | | $ | 14,797.45 |
| Remaining Balance | | $ | 4,407.51 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,895,779.25 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | BJB Partners, LLC | $ 322,000.00 | $ 0.00 | $ 748.62 |
| 000003 | Ian Ryan Interactive DVD Producer | $ 8,380.00 | $ 0.00 | $ 19.48 |
| 000004 | City of Chicago | $ 99,558.66 | $ 0.00 | $ 231.46 |
| 000005 | Marc Federghi & Scott Federighi | $ 671,369.90 | $ 0.00 | $ 1,560.87 |
| 000007 | Millenium Park Living, Inc. | $ 16,766.69 | $ 0.00 | $ 38.99 |
| 000008 | Donal P. Barry, Sr. | $ 777,704.00 | $ 0.00 | $ 1,808.09 |

Total to be paid to timely general unsecured creditors $ 4,407.51

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
Chapter 7 Trustee

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                             United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                               Case No. 08-12628-CAD
BoxMagic Media Corp.                                                 Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: acox              Page 1 of 2             Date Rcvd: Oct 08, 2014
                              Form ID: pdf006         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 10, 2014.
db             +BoxMagic Media Corp.,    200 W. Adams, Suite 2425,    Chicago, IL 60606-5251
13018519       +American Express,    POB 981532,    El Paso, TX 79998-1532
12803996       +B.J.B. Partners L.L.C.,    324 W. Touhy Ave.,,    Park Ridge, IL 60068-4205
15547799       +B.J.B. Partners, L.L.C.,    Patrick D Lamb,    c/o Crowley & Lamb PC,
                 350 N Lasalle Street Suite 900,    Chicago, IL 60654-5136
13018520       +Catalysts Software,    200 West Adams Street,    Chicago, IL 60606-5208
15538491       +City of Chicago,    Attn.: Esther Tryban Telser,    30 N. LaSalle; Room 1400,
                 Chicago, IL 60602-2503
13018521       +Cook Alex McFarron,    200 West Adams Street,    Suite 2850,    Chicago, IL 60606-5206
13018522       +Cummins Cathy,    2887 Blackthorn Road,    Riverwoods, IL 60015-3773
13018524       +Dale & Gensburg PC,    200 West Adams Street,    Chicago, IL 60606-5251
13018523       +Dan Cummins,    130 South Canal,    Unit 614,    Chicago, IL 60606-3909
12832999       +Deutsche Bank National Trust Company, as Trustee,    c/o Home Loan Services, Inc.,
                 150 Allegheny Center Mall, 24-050,    Pittsburgh, PA 15212-5335
15547959       +Donal P. Barry, Sr.,    Gerard P Walsh Jr,    Attorney at Law,    155 N Michigan Ave STE 9003,
                 Chicago IL 60601-7711
13018527       +Ian Ryan Interactive DVD Producer,    1400 East Touhy,    Suite 220,    Des Plaines, IL 60018-3339
13018528       +Jefferey W Krol & Associates,    8700 W Bryn Mawr,    Suite 810,    Chicago, IL 60631-3512
13018525       +Marc Federghi & Scott Federighi,    1900 Spring Road Suite 503,    Oak Brook, IL 60523-1482
12803997       +Millenium Park Living, Inc.,    Patrick D Lamb c/o,    Crowley & Lamb PC,
                 350 N Lasalle Street Suite 900,    Chicago, IL 60654-5136
13018532       +Sean Cummins,    1117 Bonita,    Park Ridge, IL 60068-5141
13018529       +Verizon,    1415 West 22nd Street,    Oakbrook, IL 60523-2074
13018530       +Yellow Freight Transportation,    POB 7270,    Shawnee Mission, KS 66207-0270

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13018526       +E-mail/Text: scd_bankruptcynotices@grainger.com Oct 09 2014 00:52:41      Grainger,
                 8045 River Drive,    Morton Grove, IL 60053-2651
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13018531*      +American Express,    POB 981532,    El Paso, TX 79998-1532
15547856*      +B.J.B. Partners, L.L.C.,    324 W. Touhy Avenue,    Park Ridge, IL 60068-4205
13551314      ##+BJB Partners, LLC,    c/o Crowley & Lamb, P.C.,    Attn: Patrick D. Lamb, Esquire,
                 350 N. LaSalle Street, Suite 900,    Chicago, Illinois 60654-5136
                                                                                   TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2014                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 7, 2014 at the address(es) listed below:
              Andrew E Houha    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               First Franklin Mortgage Loan Trust 2005-FFH4, Asset-Backed Certificates, Series 2005-FFH4
                andrew@johnsonblumberg.com, bkecfnotices@johnsonblumberg.com
              Andrew J Maxwell    on behalf of Creditor    Millenium Park Living, Inc.
               maxwelllawchicago@yahoo.com,
               trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwe
               llandpotts.com;vbarad@maxwellandpotts.com
              Anthony J Peraica    on behalf of Interested Party Sean  Cummins peraicalaw@aol.com,
               cwinans@peraica.com
              Anthony J Peraica    on behalf of Interested Party Daniel  Cummins peraicalaw@aol.com,
               cwinans@peraica.com
```

```
District/off: 0752-1          User: acox                 Page 2 of 2            Date Rcvd: Oct 08, 2014
                              Form ID: pdf006            Total Noticed: 20


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Anthony J Peraica    on behalf of Defendant Margaret  Cummins peraicalaw@aol.com,
               cwinans@peraica.com
              Anthony J Peraica    on behalf of Defendant Sean  Cummins peraicalaw@aol.com,   cwinans@peraica.com
              Anthony J Peraica    on behalf of Defendant Daniel J. Cummins peraicalaw@aol.com,
               cwinans@peraica.com
              Esther E Tryban Telser    on behalf of Creditor   City of Chicago, a municipal corporation
               etrybantelser@cityofchicago.org
              George P Apostolides     on behalf of Interested Party Daniel  Cummins gpapostolides@arnstein.com,
               jbmedziak@arnstein.com
              Gerard P. Walsh, Jr.    on behalf of Creditor   B.J.B. Partners, L.L.C. gpw@gpwalshlaw.com,
               gerardpwalsh@yahoo.com
              Gerard P. Walsh, Jr.    on behalf of Creditor Donal P. Barry, Sr. gpw@gpwalshlaw.com,
               gerardpwalsh@yahoo.com
              Josephine J Miceli    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
                First Franklin Mortgage Loan Trust 2005-FFH4, Asset-Backed Certificates, Series 2005-FFH4
               Jo@johnsonblumberg.com
              Lauren N. Beslow     on behalf of Creditor   Clear Channel Outdoor, Inc. Lauren.Beslow@quarles.com,
               Faye.Feinstein@quarles.com
              Patrick D. Lamb     on behalf of Creditor    B.J.B. Partners, L.L.C. plamb@crowleylamb.com,
               raguilar@crowleylamb.com;docket@crowleylamb.com
              Patrick D. Lamb     on behalf of Debtor    BoxMagic Media Corp. plamb@crowleylamb.com,
               raguilar@crowleylamb.com;docket@crowleylamb.com
              Patrick D. Lamb     on behalf of Creditor Donal  Barry plamb@crowleylamb.com,
               raguilar@crowleylamb.com;docket@crowleylamb.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Phillip D Levey, ESQ     on behalf of Trustee Phillip D Levey, ESQ levey47@hotmail.com,
               plevey@ecf.epiqsystems.com
              Phillip D Levey, ESQ     levey47@hotmail.com,   plevey@ecf.epiqsystems.com
              Steven R Radtke     on behalf of Plaintiff Phillip D. Levey sradtke@chillchillradtke.com
              Steven R Radtke     on behalf of Trustee Phillip D Levey, ESQ sradtke@chillchillradtke.com
              Timothy  Sprague     on behalf of Debtor    BoxMagic Media Corp. tsprague@peraica.com,
               cwinans@peraica.com
              Timothy M Hughes     on behalf of Creditor Scott  Federighi thughes@lavellelaw.com
              Timothy M Hughes     on behalf of Creditor Marc  Federighi thughes@lavellelaw.com
              Vikram R Barad    on behalf of Creditor   Millenium Park Living, Inc. vbarad@maxwellandpotts.com
                                                                                             TOTAL: 25
```