## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF
### DIVISION

In re:                                    §
                                          §
BOX MAGIC MEDIA CORP.                     §        Case No. 08-12628
                                          §
            Debtor(s)                     §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $                 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Phillip D. Levey _____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | DEUTSCHE BANK NATIONAL TRUST COMPAN |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEVEY, PHILLIP D. | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA | | | | | |
| CLERK, U.S. BANKRUPTCY COURT | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| RADTKE, STEVEN R. | | | | | |
| RADTKE, STEVEN R. | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | B.J.B. PARTNERS, L.L.C. | | | | | |
| 000002 | BJB PARTNERS, LLC | | | | | |
| 000004 | CITY OF CHICAGO | | | | | |
| 000008 | DONAL P. BARRY, SR. | | | | | |
| 000003 | IAN RYAN INTERACTIVE DVD PRODUCER | | | | | |
| 000005 | MARC FEDERGHI & SCOTT FEDERIGHI | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | MILLENIUM PARK LIVING, INC. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 08-12628 | CAD | Judge: CAROL A. DOYLE |
|---|---|---|---|
| Case Name: | BOX MAGIC MEDIA CORP. | | |

For Period Ending: 08/12/14

| Trustee Name: | Phillip D. Levey |
|---|---|
| Date Filed (f) or Converted (c): | 05/16/08 (f) |
| 341(a) Meeting Date: | 12/08/08 |
| Claims Bar Date: | 05/10/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. LaSalle Bank Account | 17,401.76 | 0.00 | | 0.00 | FA |
| 2. Landlord Security Deposit | 5,000.00 | 0.00 | | 0.00 | FA |
| 3. Causes of Action-Wrongful Eviction and Conversion | Unknown | 0.00 | | 0.00 | FA |
| 4. I&K Adcalator Distribution Agreement | Unknown | 0.00 | | 0.00 | FA |
| 5. Clear Channel Distribution Agreement | Unknown | 0.00 | | 0.00 | FA |
| 6. Computers, servers, printers, desks, tools | 44,380.00 | 0.00 | | 0.00 | FA |
| 7. Adcalator, Equipment, Furniture, C/A | 0.00 | 0.00 | | 20,000.00 | FA |
| 8. 72 Adcalators | 720,000.00 | 0.00 | | 0.00 | FA |
| 9. Trustee v. Daniel Cummins, et al. (u) | 0.00 | 0.00 | | 0.00 | FA |
|    Defendants filed for relief under Chapter 7 of the Bnkrptcy Code. | | | | | |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.41 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $786,781.76 | $0.00 | | $20,001.41 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Preparatiuon of Trustee's Final Report.

Initial Projected Date of Final Report (TFR): 06/30/11        Current Projected Date of Final Report (TFR): 08/31/14

Page: 1

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-12628  -CAD | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | BOX MAGIC MEDIA CORP. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2689  Checking |
| Taxpayer ID No: | *******4060 | | |
| For Period Ending: | 06/09/15 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 19,785.88 | | 19,785.88 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.20 | 19,773.68 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.60 | 19,761.08 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.18 | 19,748.90 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.58 | 19,736.32 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.34 | 19,706.98 |
| 03/07/13 | 010001 | International Sureties, Ltd.<br>701 Poydras St.<br>New Orleans, LA  70139 | Trustee's Bond<br>Blanket Bond Premium for 2/1/13 to 2/1/14. | 2300-000 | | 16.60 | 19,690.38 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.46 | 19,663.92 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.24 | 19,634.68 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.25 | 19,606.43 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.15 | 19,577.28 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.17 | 19,549.11 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.07 | 19,520.04 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.02 | 19,491.02 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.05 | 19,462.97 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.94 | 19,434.03 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.96 | 19,406.07 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.85 | 19,377.22 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.81 | 19,348.41 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.98 | 19,322.43 |
| 04/01/14 | 010002 | International Sureties, Ltd.<br>701 Poydras Street - Suite 420<br>New Orleans, LA  70139 | TRUSTEE'S BOND | 2300-000 | | 4.67 | 19,317.76 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.73 | 19,289.03 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.76 | 19,261.27 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.64 | 19,232.63 |

| | | | | Page Subtotals | 19,785.88 | 553.25 | |

Ver: 18.04c

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-12628 -CAD | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | BOX MAGIC MEDIA CORP. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2689  Checking |
| Taxpayer ID No: | *******4060 | | | |
| For Period Ending: | 06/09/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.67 | 19,204.96 |
| 11/11/14 | 010003 | Steven R. Radtke | Special Counsel for Trustee Fees | 3210-600 | | 2,500.00 | 16,704.96 |
| 11/11/14 | 010004 | Steven R. Radtke | Special Counsel for Trustee Expense | 3220-610 | | 296.81 | 16,408.15 |
| 11/11/14 | 010005 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 7,650.00 | 8,758.15 |
| 11/11/14 | 010006 | Phillip D. Levey | Trustee Compensation | 2100-000 | | 2,750.14 | 6,008.01 |
| 11/11/14 | 010007 | Phillip D. Levey | Trustee Expenses | 2200-000 | | 87.25 | 5,920.76 |
| 11/11/14 | 010008 | Clerk, U.S. Bankruptcy Court | Clerk of the Courts Costs (includes | 2700-000 | | 250.00 | 5,670.76 |
| 11/11/14 | 010009 | Popowcer Katten, Ltd. | Accountant for Trustee Fees (Other | 3410-000 | | 1,176.00 | 4,494.76 |
| * 11/11/14 | 010010 | BJB Partners, LLC<br>c/o Crowley & Lamb, P.C.<br>Attn: Patrick D. Lamb, Esquire<br>350 N. LaSalle Street, Suite 900<br>Chicago, Illinois 60654 | Claim 000002, Payment 0.23709% | 7100-004 | | 763.44 | 3,731.32 |
| * 11/11/14 | 010010 | BJB Partners, LLC<br>c/o Crowley & Lamb, P.C.<br>Attn: Patrick D. Lamb, Esquire<br>350 N. LaSalle Street, Suite 900<br>Chicago, Illinois 60654 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -763.44 | 4,494.76 |
| 11/11/14 | 010011 | Ian Ryan Interactive DVD Producer<br>1400 East Touhy<br>Suite 220<br>Des Plaines, IL 60018 | Claim 000003, Payment 0.23711% | 7100-000 | | 19.87 | 4,474.89 |
| 11/11/14 | 010012 | City of Chicago<br>Attn.: Esther Tryban Telser<br>30 N. LaSalle<br>Room 1400<br>Chicago, IL 60602 | Claim 000004, Payment 0.23710% | 7100-000 | | 236.05 | 4,238.84 |
| 11/11/14 | 010013 | Marc Federghi & Scott Federighi<br>1900 Spring Road Suite 503 | Claim 000005, Payment 0.23709%<br>(5-1) Loan | 7100-000 | | 1,591.77 | 2,647.07 |

| | | | | Page Subtotals | 0.00 | 16,585.56 | |

LFORM24

Ver: 18.04c

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-12628 -CAD |
| Case Name: | BOX MAGIC MEDIA CORP. |
| Taxpayer ID No: | *******4060 |
| For Period Ending: | 06/09/15 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2689  Checking |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Oak Brook, IL 60523 | (5-1) Modified on 5/7/2010 to correct notice address. (CC) | | | | |
| * 11/11/14 | 010014 | Millenium Park Living, Inc. Patrick D Lamb c/o Crowley & Lamb PC 350 N Lasalle Street Suite 900 Chicago, IL 60654 | Claim 000007, Payment 0.23708% (7-1) Modified on 5/11/2010 to correct creditor notice address. (CC) | 7100-004 | | 39.75 | 2,607.32 |
| * 11/11/14 | 010014 | Millenium Park Living, Inc. Patrick D Lamb c/o Crowley & Lamb PC 350 N Lasalle Street Suite 900 Chicago, IL 60654 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 7100-004 | | -39.75 | 2,647.07 |
| * 11/11/14 | 010015 | Donal P. Barry, Sr. B.J.B. Partners, L.L.C. Patrick D Lamb c/o Crowley & Lamb PC 350 N Lasalle Street Suite 900 Chicago, IL 60654 | Claim 000008, Payment 0.23709% (8-1) Modified on 5/11/2010 to correct creditor notice address. (CC) | 7100-004 | | 1,843.88 | 803.19 |
| * 11/11/14 | 010015 | Donal P. Barry, Sr. B.J.B. Partners, L.L.C. Patrick D Lamb c/o Crowley & Lamb PC 350 N Lasalle Street Suite 900 Chicago, IL 60654 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 7100-004 | | -1,843.88 | 2,647.07 |
| 04/03/15 | 010016 | BJB Partners, LLC c/o Crowley & Lamb, P.C. Attn: Patrick D. Lamb, Esquire 350 N. LaSalle Street, Suite 900 Chicago, Illinois 60654 | Claim 000002, Payment 0.23709% | 7100-000 | | 763.44 | 1,883.63 |
| 04/03/15 | 010017 | Millenium Park Living, Inc. | Claim 000007, Payment 0.23708% | 7100-000 | | 39.75 | 1,843.88 |

| | | | | Page Subtotals | 0.00 | 803.19 | |

Ver: 18.04c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   4

Exhibit 9

| Case No: | 08-12628  -CAD | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | BOX MAGIC MEDIA CORP. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2689  Checking |
| Taxpayer ID No: | *******4060 | | | |
| For Period Ending: | 06/09/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Patrick D Lamb c/o | (7-1) Modified on 5/11/2010 to | | | | | |
| | | Crowley & Lamb PC | correct creditor notice address. (CC) | | | | | |
| | | 350 N Lasalle Street Suite 900 | | | | | | |
| | | Chicago, IL 60654 | | | | | | |
| 04/03/15 | 010018 | Donal P. Barry, Sr. | Claim 000008, Payment 0.23709% | | 7100-000 | | 1,843.88 | 0.00 |
| | | B.J.B. Partners, L.L.C. | (8-1) Modified on 5/11/2010 to | | | | | |
| | | Patrick D Lamb | correct creditor notice address. (CC) | | | | | |
| | | c/o Crowley & Lamb PC | | | | | | |
| | | 350 N Lasalle Street Suite 900 | | | | | | |
| | | Chicago, IL 60654 | | | | | | |
| *  04/03/15 | 010019 | Clerk, United States Bankruptcy Court | REMITTED TO COURT | | | | 0.01 | -0.01 |
| | | 219 South Dearborn Street | DIVIDENDS REMITTED TO THE COURT | | | | | |
| | | Chicago, IL | ITEM #     CLAIM #      DIVIDEND | | | | | |
| | | | ================================== | | | | | |
| * | | | 5        000005        0.01 | | 7100-001 | | | |
| *  04/03/15 | 010019 | Clerk, United States Bankruptcy Court | VOID | | | | -0.01 | 0.00 |
| | | 219 South Dearborn Street | Issued in error by TCMS. | | | | | |
| | | Chicago, IL | | | | | | |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 19,785.88 | 19,785.88 | 0.00 |
| Less:  Bank Transfers/CD's | | 19,785.88 | 0.00 | |
| Subtotal | | 0.00 | 19,785.88 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 19,785.88 | |

Page Subtotals          0.00          1,843.88

Ver: 18.04c

FORM 2    Page:    5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 08-12628  -CAD | | | Trustee Name: | Phillip D. Levey | |
| Case Name: | BOX MAGIC MEDIA CORP. | | | Bank Name: | BANK OF AMERICA | |
| | | | | Account Number / CD #: | *******6105  Money Market Account (Interest Earn | |
| Taxpayer ID No: | *******4060 | | | | | |
| For Period Ending: | 06/09/15 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/09/11 | 7 | BJB Partners. LLC | Sale of Assets | 1129-000 | 20,000.00 | | 20,000.00 |
| 12/30/11 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.09 | | 20,000.09 |
| 01/31/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.17 | | 20,000.26 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 26.23 | 19,974.03 |
| 02/29/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.16 | | 19,974.19 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 23.74 | 19,950.45 |
| 03/30/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.16 | | 19,950.61 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 24.53 | 19,926.08 |
| 04/05/12 | 000101 | International Sureties, Ltd. 701 Poydras Street New Orleans, LA  70139 | Blanket Bond Bond # 016026455 | 2300-000 | | 17.32 | 19,908.76 |
| 04/30/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.17 | | 19,908.93 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 25.30 | 19,883.63 |
| 05/31/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.17 | | 19,883.80 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 25.26 | 19,858.54 |
| 06/29/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.16 | | 19,858.70 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 23.60 | 19,835.10 |
| 07/31/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.17 | | 19,835.27 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 26.01 | 19,809.26 |
| 08/30/12 | 10 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.16 | | 19,809.42 |
| 08/30/12 | | BANK OF AMERICA 901 MAIN STREET 10TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 23.54 | 19,785.88 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 19,785.88 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | | Page Subtotals | 20,001.41 | 20,001.41 |

Ver: 18.04c

FORM 2

Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-12628  -CAD |
| Case Name: | BOX MAGIC MEDIA CORP. |
| | |
| Taxpayer ID No: | *******4060 |
| For Period Ending: | 06/09/15 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6105  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 20,001.41 | 20,001.41 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 19,785.88 | |
| | | | Subtotal | | 20,001.41 | 215.53 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 20,001.41 | 215.53 | |

| | | | |
|---|---|---|---|
| | | NET DISBURSEMENTS | ACCOUNT BALANCE |
| TOTAL - ALL ACCOUNTS | NET DEPOSITS | | |
| Checking - ********2689 | 0.00 | 19,785.88 | 0.00 |
| Money Market Account (Interest Earn - ********6105 | 20,001.41 | 215.53 | 0.00 |
| | ------------------------- | ------------------------- | ------------------------- |
| | 20,001.41 | 20,001.41 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                              0.00                    0.00

Ver: 18.04c